

# HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Agnieszka A. Wilewicz**
aaw@hurwitzfine.com

November 4, 2015

Marilyn D. Go, United States Magistrate Judge
United States Courthouse, Courtroom No. 11C
225 Cadman Plaza East
Brooklyn, New York

      RE:    Century Surety Company v. AA General Trading Corp, et al.
               Index No.: 1:15-cv-04509 (ARR)(MDG)
               Our File No.: 20150721

Dear Magistrate Go:

    This office represents the plaintiff Century Surety Company in the above-referenced declaratory judgment action. Pursuant to Your Honor's September 10, 2015 Order Granting Initial Conference and Required Disclosure, this will advise the Court as to the status of parties that have not appeared to date.

    At this time, the following defendants have yet to answer, move, or otherwise appear in this action: AA General Trading Corp. ("AA General"), General Trading Corp. ("General Trading"), and Hamilton Auto, Inc. ("Hamilton"). Affidavits of Service on these entities are attached and were previously electronically filed. AA General and General Trading were both served via the Secretary of State on August 17, 2015. [ECF Doc. #6 and #11, respectively.] Hamilton was served via the Secretary of State on August 11, 2015. [ECF Doc. #8.]. All other defendants have appeared by counsel.

    To date, this office has not heard from representatives or counsel for any of the defaulting entities. No extensions of time to answer, move, or otherwise respond have been made.

                                          Respectfully submitted,

                                          HURWITZ & FINE, P.C.

                                          Agnieszka A. Wilewicz

AAW/rmk
cc:    (*via ECF only*)
        Zaklukiewicz, Puzo, & Morrissey, LLP
        Kramer, Dillof, Livingston & Moore

HEADQUARTERS: 1300 LIBERTY BUILDING, BUFFALO, NEW YORK 14202 ▼ P: 716-849-8900 ▼ F: 716-855-0874 ▼ WWW.HURWITZFINE.COM
OFFICES IN ▼ BUFFALO, NEW YORK ▼ ALBANY, NEW YORK ▼ ALBION, NEW YORK ▼ AMHERST, NEW YORK ▼ MELVILLE, NEW YORK
NIAGARA FALLS, NEW YORK ▼ PALM BEACH GARDENS, FLORIDA ▼ TORONTO, ONTARIO ▼ FAX/E-MAIL NOT FOR SERVICE

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:15-cv-04509  
STATE OF NEW YORK  UNITED STATES DISTRICT COURT

Purchased/Filed: August 3, 2015  
EASTERN DISTRICT

*Century Surety Company*  Plaintiff

against

*AA General Trading Corp. d/b/a AA Autobody & Repair, et al.*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY  SS.:

___Heather Morigerato___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 17, 2015___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

___AA General Trading Corp.___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55___  Approx. Wt: ___130lbs___  Approx. Ht: ___5'3"___  
Color of skin: ___White___  Hair color: ___Black___  Sex: ___Female___  Other: _____

Sworn to before me on this ___17th___ day of ___August, 2015___

SCOTT SCHUSTER  
NOTARY PUBLIC, State of New York  
NO. 01SC6308636, Albany County  
Commission Expires July 28, 2018

Heather Morigerato  
**Attny's File No.** 20150721  
Invoice•Work Order # SP1510758

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 15cv4509                          Purchased/Filed: August 3, 2015

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     EASTERN DISTRICT

*Century Surety Company*     Plaintiff

against

*AA General Trading Corp. d/b/a AA Autobody & Repair, et al.*     Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

Heather Morigerato, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 11, 2015, at 11:45 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on

Hamilton Auto Inc., the Defendant in this action, by delivering to and leaving with Nancy Dougherty, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 55    Approx. Wt: 130lbs    Approx. Ht: 5'3"
Color of skin: White    Hair color: Black    Sex: Female    Other: ___

Sworn to before me on this
11th day of August, 2015

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Heather Morigerato
**Attny's File No.** 20150721
Invoice•Work Order # SP1510458

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:15-cv-04509                                                           Purchased/Filed: August 3, 2015
STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    EASTERN DISTRICT

*Century Surety Company*                                                 Plaintiff

against

*AA General Trading Corp. d/b/a AA Autobody & Repair, et al.*            Defendant

STATE OF NEW YORK
COUNTY OF ALBANY         SS.:

___Heather Morigerato___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 17, 2015___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on ___General Trading Corp.___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55___  Approx. Wt: ___130lbs___  Approx. Ht: ___5'3"___
Color of skin: ___White___  Hair color: ___Black___  Sex: ___Female___  Other: _____

Sworn to before me on this

___17th___ day of ___August, 2015___

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Heather Morigerato
**Attny's File No.** 20150721
Invoice•Work Order # SP1510759

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**