| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:    JAMES ORENSTEIN                                    DATE:    1/3/2017
           U.S. MAGISTRATE JUDGE                              TIME:    2:00 p.m.

*Century Surety Company v. AA General Trading Corp., et al.*
15-CV-4509 (ARR) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:    Plaintiff        Steven E. Peiper
                Avis, et al.     Stephen F. Zaklukiewicz
                Kaplans          John P. Beatty

SCHEDULING: The next pretrial conference will be held on March 21, 2017, at 10:30 a.m.

SUMMARY: I will enter a case management and scheduling order that contemplates the completion of all remaining discovery within 60 days. I do not anticipate approving further delay. No later than February 3, 2017, the plaintiff shall either request the entry of default or voluntarily dismiss its claims against defendants AA General Trading Corp. and General Trading Corp.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge